# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **2:13 CV 409** |
| | ) | |
| **MIGUEL SERRATO,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

On August 20, 2014, the court referred this case to Magistrate Judge Paul R. Cherry, for him to conduct an evidentiary hearing and issue proposed findings and a recommendation for the disposition of plaintiff's motion (DE #16) for default judgment. He did so on October 16, 2014 (DE #24), no party has filed an objection, and the time period for doing so has expired.

The court has reviewed Magistrate Judge Cherry's findings, report and recommendation, and they and it are well-supported and reasoned. The court therefore adopts Magistrate Judge Cherry's findings, report and recommendation as its own opinion in this matter. Accordingly, plaintiff's motion for default judgment (DE #16)is **GRANTED**, and the clerk is directed to **ENTER FINAL JUDGMENT** in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Miguel Serrato, individually and d/b/a Miguel's Mexican Fusion Grill, and Miguel Mexican Fusion Grill, LLC, an unknown business entity d/b/a Miguel's Mexican Fusion Grill, jointly and severally on

Count I of plaintiff's complaint for $5,500.00 in damages, plus attorney fees and costs of $3,110.00, for a total judgment sum of $8610.00. Post-judgment interest at the statutory rate. Counts II and III of plaintiff's complaint are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Date: November 21, 2014

 s/ James T. Moody                              
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT